IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| RAVEN PATRICE JONES, | ( ( ( | |
| Plaintiff, | ( ( | |
| vs. | ( ( | No. 20-2753-MSN-cgc |
| WILLIAM BARR et al, | ( ( | |
| Defendants. | ( ( ( | |

REPORT AND RECOMMENDATION ON MOTION TO AMEND

Before the Court, by way of Administrative Order 2013-05,[1] is Plaintiff's motion to amend. (Docket Entry (D.E. #8)

Plaintiff's motion to amend the complaint repeats the allegations that the undersigned has already recommended be dismissed for failure to state a claim (D.E. # 6)   A proposed amendment is futile if the amendment could not withstand a Rule 12(b)(6) motion to dismiss.  Rose v. Hartford Underwriters Ins. Co., 203 F.3d 417, 420 (6th Cir. 2000), citing Thiokol Corp. v. Department of Treasury, State of Michigan, Revenue Div., 987 F.2d 376, 382‑83 (6th Cir.1993). The proposed amendment appears to be the introduction of documents purporting to support the factual allegations.  However, the failure to state a claim discussed in the Report and Recommendation is not a failure to state facts but Plaintiff's reliance on statutes which do not

---

[1] The instant case has been referred to the United States Magistrate Judge by Administrative Order pursuant to the Federal Magistrates Act, 28 U.S.C. §§ 631-639. All pretrial matters within the Magistrate Judge's jurisdiction are referred pursuant to 28 U.S.C. § 636(b)(1)(A) for determination, and all other pretrial matters are referred pursuant to 28 U.S.C. § 636(b)(1)(B)-(C) for report and recommendation.

provide a private right of action and therefore do not state claims for relief which may be granted.

The proposed amendments do not change that conclusion.

Therefore, it is RECOMMENDED that the Court DENY the motion to amend as the proposed amendment is futile.

Signed this 9th day of February, 2021.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE SAID OBJECTIONS OR EXCEPTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**